John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JANE DOE** and **JOHN DOE**,<br><br>                           Plaintiffs,<br><br>– against –<br><br>**HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK,** and **YALE UNIVERSITY**<br><br>                           Defendants. | Case No. 3:21-cv-01525<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR A PROTECTIVE ORDER** |

**PLEASE TAKE NOTICE** that, upon the annexed Motion for a Protective Order, and Complaint and upon all pleadings and proceedings heretofore had herein, Plaintiffs will move this court in the United States Courthouse, District of Connecticut, located at 141 Church Street, New Haven, Connecticut, 06510, on such a date and time to be determined by the Court

Dated: New York, New York
       November 15, 2021

By: /s/ Andrew B. Bowman
    Andrew B. Bowman
    **LAW OFFICES OF ANDREW B. BOWMAN**
    1804 Post Road East
    Westport, Connecticut 06880
    Telephone:  (202) 259-0599
    andrew@andrewbowmanlaw.com

    John G. Balestriere
    Matthew W. Schmidt
    **BALESTRIERE FARIELLO**
    225 Broadway, 29th Floor
    New York, New York 10007
    Telephone:  (212) 374-5401
    Facsimile:   (212) 208-2613
    john.balestriere@balestrierefariello.com
    matthew.schmidt@balestrierefariello.com
    *Attorneys for Plaintiffs*