John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JANE DOE** and **JOHN DOE**, | Case No. 3:21-cv-01525 |
| Plaintiffs, | |
| – against – | **MOTION TO ADMIT MATTHEW W. SCHMIDT** *PRO HAC VICE* |
| **HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK,** and **YALE UNIVERSITY** | |
| Defendants. | |

## MOTION TO ADMIT *PRO HAC VICE*

Pursuant to L. Civ. R. 83.1(d), Plaintiffs Jane Doe and John Doe (collectively, "Plaintiffs"), by their attorney, respectfully move for the admission of Attorney Matthew W. Schmidt to this court *pro hac vice.* Plaintiffs represent that Attorney Schmidt is representing Plaintiffs in matters related to the subject matter of this action and has knowledge of the facts and circumstances of the issues herein. Additionally, the undersigned represents that the admission of Attorney Schmidt would not require modification of any existing schedule orders or deadlines. In support of this Motion, Plaintiffs state the following:

1. Attorney Schmidt is a Partner with the law firm Balestriere Fariello;

2. Attorney Schmidt's office address is 225 Broadway, Suite 2900, New York, New York 10007, phone number 212-374-5421, facsimile 212-208-2613, email: matthew.schmidt@balestrierefariello.com;

3. Attorney Schmidt is currently a member, in good standing, of the bars of the State of New York (State Bar # 4806535), California (State Bar # 302776); and the United States District Courts for the Southern and Eastern Districts of New York (Bar # MS4181);

4. Attorney Schmidt has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

5. Attorney Schmidt has never been denied admission to been disciplined by, resigned from, surrendered his license to practice before, or withdrawn an application for admission to practice before this Court of any other court, while facing a disciplinary complaint;

6. I am advised that Attorney Schmidt has fully reviewed and is familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct and;

7. Attorney Schmidt, pursuant to L. Civ. P. R. 83.1(d)(1), designates the undersigned Andrew B. Bowman as the attorney sponsoring his application *pro hac vice*,

as his agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of his admission to this Court.

In further support of this Motion, Plaintiffs have attached hereto an affidavit of Matthew W. Schmidt and represent that a Certificate of Good Standing from the State of New York and the State of California will be filed promptly after this Motion is granted.

WHEREFORE, Plaintiffs respectfully request that the Court grant their motion for admission of Attorney Matthew W. Schmidt *pro hac vice.*

Dated: New York, New York
      November 22, 2021

                                        By: */s/ Andrew B. Bowman*
                                        Andrew B. Bowman
                                        **LAW OFFICES OF ANDREW B. BOWMAN**
                                        1804 Post Road East
                                        Westport, Connecticut 06880
                                        Telephone:   (202) 259-0599
                                        andrew@andrewbowmanlaw.com
                                        *Attorneys for Plaintiffs*

## **CERTIFICATION**

    I hereby certify that on November 22, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                             */s/ Andrew B. Bowman*