UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE AND JOHN DOE,<br><br>                           Plaintiffs,<br>v.<br><br>HEATHER GERKEN, ET AL.,<br><br>                           Defendants. | CASE NO: 3:21-CV-01525-SALM<br><br>DECEMBER 6, 2021 |

## REVISED NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter my appearance in this case for Defendants Heather Gerken, Ellen Cosgrove, Yaseen Eldik and Yale University in the above-captioned action.

Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

490\301\4856-1949-7221.v1