UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE AND JOHN DOE,<br><br>                              Plaintiffs,<br>v.<br><br>HEATHER GERKEN, ET AL.,<br><br>                              Defendants. | CASE NO: 3:21-CV-01525-SALM<br><br><br>DECEMBER 6, 2021 |

## REVISED NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record, please enter my appearance in this case for Defendants Heather Gerken, Ellen Cosgrove, Yaseen Eldik and Yale University in the above-captioned action.

Respectfully submitted,

By:   /s/ *Paul Tuchmann*
      Paul Tuchmann (pt8018)
      Wiggin and Dana LLP
      One Century Tower
      PO Box 1832
      New Haven, CT 06510
      Phone: 212-498-4400
      Fax: 212-782-2889
      ptuchmann@wiggin.com

490\301\4856-1949-7221.v2