John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **JANE DOE** and **JOHN DOE,**<br><br>                              Plaintiffs,<br><br>       – against –<br><br>**HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK,** and **YALE UNIVERSITY**<br><br>                              Defendants. | Case No. 3:21-cv-01525<br><br>**NOTICE OF APPEARANCE** |

   **PLEASE TAKE NOTICE** that the undersigned attorney, Matthew W. Schmidt, of

the firm Balestriere Fariello, located at 225 Broadway, 29th Floor, New York, New York

10007, with telephone number (212) 374-5421, facsimile number (212) 208-2613, and email

address matthew.schmidt@balestrierefariello.com, does hereby represent Plaintiffs Jane Doe and John Doe in the above-captioned matter. Please direct all further notices and copies of pleadings, papers, and other materials relevant to this action to Matthew W. Schmidt.

Dated: New York, New York
      December 9, 2021

Respectfully submitted,

Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5421
Facsimile:    (212) 208-2613
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*