John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **JANE DOE** and **JOHN DOE,**<br><br>                              Plaintiffs,<br><br>– against –<br><br>**HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK,** and **YALE UNIVERSITY**<br><br>                              Defendants. | Case No. 3:21-cv-01525<br><br>**DECLARATION OF MATTHEW W. SCHMIDT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR EXTENSION OF TIME** |

I, MATTHEW W. SCHMIDT, an attorney admitted *pro hac vice* in the District of Connecticut, of legal age and under penalty of perjury, declare the following:

1. I am a partner with the firm Balestriere Fariello, and I represent Plaintiffs Jane Doe ("Jane") and John Doe ("John") in the above-captioned action. I submit this declaration in support of Plaintiffs' Opposition to Defendants Motion for Extension of Time.

2. Attached hereto as Exhibit A is a true and redacted copy of an email from Defendants' counsel Jonathan Freiman ("Freiman"), dated November 15, 2021, which, pursuant to the Court's Standing Protective Order (Dkt. No. 5), redacts Plaintiffs' legal names.

3. Attached hereto as Exhibit B is a true and correct copy of an email exchange between Amy Khan ("Khan") and Freiman dated November 15, 2021.

4. Attached hereto as Exhibit C is a true and correct copy of an email exchange between Plaintiffs' counsel and Freiman.

Dated:   New York, New York
         December 22, 2021

_____
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:  (212) 374-5401
Facsimile:   (212) 208-2613
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

2