# Exhibit A

# Mandeep S Minhas

| | |
|---|---|
| **From:** | Freiman, Jonathan <JFreiman@wiggin.com> |
| **Sent:** | Monday, November 15, 2021 10:59 AM |
| **To:** | John G. Balestriere |
| **Subject:** | ▇▇▇▇▇▇▇▇ v. Yale |

John,

I see you filed this morning. Just a reminder that I've agreed to accept service on behalf of all four defendants.

Best,
Jonathan

**Jonathan M. Freiman**
Direct: 203.498.4584
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.