# Exhibit B

# Mandeep S Minhas

| | |
|---|---|
| **From:** | Freiman, Jonathan <JFreiman@wiggin.com> |
| **Sent:** | Monday, November 15, 2021 11:24 AM |
| **To:** | Amy Khan |
| **Cc:** | Mandeep S Minhas; Matthew W. Schmidt; John G. Balestriere |
| **Subject:** | RE: Doe, et al. v. Gerken, et al., Case No. 3:21-cv-01525 |

Thanks, Amy. Receipt confirmed.

**From:** Amy Khan <amy.khan@balestrierefariello.com>
**Sent:** Monday, November 15, 2021 11:23 AM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>
**Cc:** mandeep.minhas@balestrierefariello.com; matthew.schmidt@balestrierefariello.com; john.balestriere@balestrierefariello.com
**Subject:** Doe, et al. v. Gerken, et al., Case No. 3:21-cv-01525

**WARNING! External email. Do not click/open unexpected links/attachments.**

Counselor:

Please see the attached documents that were filed this morning in the above-referenced matter.

Thanks,
Amy

--
Amy E. Khan
Legal Analyst
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-646-434-1166
F: +1-212-208-2613
amy.khan@balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.