# Exhibit C

# Sophie L. Saydah

| | |
|---|---|
| **From:** | Freiman, Jonathan <JFreiman@wiggin.com> |
| **Sent:** | Monday, December 20, 2021 7:45 PM |
| **To:** | Matthew W. Schmidt |
| **Cc:** | Amy Khan; Mandeep S Minhas; John G. Balestriere; Tuchmann, Paul; Vallancourt, Sean |
| **Subject:** | RE: Doe, et al. v. Yale, et al. |

Matt,

This is so unnecessarily exhausting. I'm not going to argue with everything below—suffice to say I disagree with it. We'll seek a 30-day extension. Oppose how you like.

Jonathan

---

**From:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Sent:** Monday, December 20, 2021 7:15 PM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>
**Cc:** amy.khan@balestrierefariello.com; mandeep.minhas@balestrierefariello.com; john.balestriere@balestrierefariello.com; Tuchmann, Paul <PTuchmann@wiggin.com>; Vallancourt, Sean <SVallancourt@wiggin.com>
**Subject:** RE: Doe, et al. v. Yale, et al.

Jon:

I'm also not used to negotiating extensions, because I'm used to adversaries behaving professionally when seeking extensions.

If, as is customary, you had asked for whatever extra time you sought when accepting service, we could have had a proper discussion then. Instead, you've proceeded piecemeal in what seems like an attempt to create a false sense of urgency. You didn't ask for any extra time in November when we filed and you said you accepted service, nor did you ask for any earlier this month when we discussed the issue again. And when you did raise it on December 9, and I explained my reservations the same day, you waited another ten days to follow up on your request—at which time you now claim urgency. But you haven't raised anything that you didn't know about five weeks ago.

Your 30 days ask would take you out to January 31, which is 77 days from filing—a total extension of 56 days. You haven't given any reason why you need that much time except for the fact that your clients have end-of-year obligations, something that could have been addressed in the months you had the complaint before the holidays, and in my proposal taking you to January 6. Also, your late January proposal (including if we just go out to January 20) makes it more likely that briefing is going to push into a conflict on my side, since John and I have a trial in March.

That said, I would like to resolve this amicably, so I can do a 14-day extension from the current date, putting the date of your answer or motion at January 13, well past the holidays. Does that work for you?
If a call would be helpful let me know and we can set up a time.

On any amended complaint, as I wrote before, we have not yet made a determination but once we do we will let you know.

Thanks,

1

...

Matt

```
--
Matthew W. Schmidt
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.
```

**From:** Freiman, Jonathan <JFreiman@wiggin.com>
**Sent:** Sunday, December 19, 2021 11:36 AM
**To:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Cc:** Amy Khan <amy.khan@balestrierefariello.com>; Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>; John G. Balestriere <john.balestriere@balestrierefariello.com>; Tuchmann, Paul <PTuchmann@wiggin.com>; Vallancourt, Sean <SVallancourt@wiggin.com>
**Subject:** RE: Doe, et al. v. Yale, et al.

Matt,

I'm not used to negotiating extension requests, and it's not the custom in Connecticut, where extensions of professional courtesy are the norm. But we'll pare our request to 21 days if you'll consent. If that doesn't work for you, we'll move for the 30-day extension we were planning to move for and you can of course oppose in whatever way you think appropriate.

Please let me know your position by Tuesday mid-day. We plan to file before the close of business on Tuesday.

Please also let me know whether you've decided to file the draft amended complaint you sent us, as that would obviously affect the timing of things.

Best,
Jonathan

**From:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Sent:** Thursday, December 9, 2021 6:04 PM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>
**Cc:** amy.khan@balestrierefariello.com; mandeep.minhas@balestrierefariello.com; john.balestriere@balestrierefariello.com; Tuchmann, Paul <PTuchmann@wiggin.com>
**Subject:** RE: Doe, et al. v. Yale, et al.

Jonathan:

We will agree to a seven-day extension, which will put your time to respond past the holidays to January 6. Your clients have had our complaint since October, and that date gives you more than 50 days from filing, making it an effective 31-day extension. If that works for you let me know and we can put together a stip—we'll only in return ask for three weeks on opposition to keep this moving.

If you don't accept that and instead prefer to move, that is your right, but we will then raise the fact that you unambiguously accepted service 23 days ago and are now in default.

We have not yet made a determination regarding our potential amended complaint and are still discussing with our clients. Once we have made a determination, we will let you know.

Thanks,
Matt

```
--
Matthew W. Schmidt
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.
```

**From:** Freiman, Jonathan <JFreiman@wiggin.com>
**Sent:** Thursday, December 9, 2021 11:49 AM
**To:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Cc:** Amy Khan <amy.khan@balestrierefariello.com>; Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>; John G. Balestriere <john.balestriere@balestrierefariello.com>; Tuchmann, Paul <PTuchmann@wiggin.com>
**Subject:** RE: Doe, et al. v. Yale, et al.

Matt,

We agree that it doesn't makes to argue over this issue, especially as it's now moot. I can confirm that I'm accepting service upon receipt of the summons you sent me this afternoon, and the court has set the due date for a response at 21 days from today, i.e., December 30. We plan to move for a 30-day extension, given the intervening holidays and the academic calendar, which means our clients will be away for much of this time. Please let me know if you'll consent to that extension. I'm happy to reciprocate in advance with consent to a 30-day extension to your reply to our response, if you'll need it. I should also ask whether you plan to file the draft amended complaint that you sent last week, as that might affect the timing of things.

Best,
Jonathan

3

**From:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Sent:** Thursday, December 9, 2021 2:32 PM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>
**Cc:** amy.khan@balestrierefariello.com; mandeep.minhas@balestrierefariello.com; john.balestriere@balestrierefariello.com; Tuchmann, Paul <PTuchmann@wiggin.com>
**Subject:** RE: Doe, et al. v. Yale, et al.

Jonathan:

Your characterization of your previous statements is mistaken—you never made acceptance of service contingent on us providing you a summons. On the contrary, your acceptance had no conditions beyond us filing the complaint: on November 11, in response to John asking if you'd accept service, you wrote that if our clients filed suit, you would accept service. Then on November 15, you sent John another email after we filed stating, "I see you filed this morning. Just a reminder that I've agreed to accept service on behalf of all four defendants." The only reasonable reading of those statements is that you accepted service on November 15.

That said, this is not productive to have an argument over, especially as we would have agreed to reasonable extra time if you'd asked. I'm attaching the summons; please confirm that you accept service effective today and we can advance to dealing with the merits here.

Thanks,
Matt

```
--
Matthew W. Schmidt
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.
```

**From:** Freiman, Jonathan <JFreiman@wiggin.com>
**Sent:** Tuesday, December 7, 2021 2:42 PM
**To:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>; Tuchmann, Paul <PTuchmann@wiggin.com>
**Cc:** Amy Khan <amy.khan@balestrierefariello.com>; Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>; John G. Balestriere <john.balestriere@balestrierefariello.com>
**Subject:** RE: Doe, et al. v. Yale, et al.

Matt,

Thanks for your note. We were surprised by your filing a certificate of service this morning, which we believe is in error.

4

After I saw news that you'd filed the complaint, I wrote John to say that I would accept service for the four defendants. But you never effectuated service. To be sure, you sent me a copy of the complaint. But as you know, under Federal Rule of Civil Procedure 4(c)(1), "[a] summons must be served with a copy of the complaint.  The plaintiff is responsible for having the summons and complaint served within the time allowed by Rule 4(m) and must furnish the necessary copies to the person who makes service."  Indeed, "[s]ervice of process in the federal system requires *service of a summons*, in the manner prescribed in Rule 4, *together with* a copy of the complaint," as service of a summons "is the procedure by which a court having venue and jurisdiction of the subject matter of the suit asserts jurisdiction over the person of the party served."  *Osrecovery, Inc. v. One Grp. Int'l, Inc.*, 234 F.R.D. 59, 60 (S.D.N.Y. 2005) (quotation marks and citations omitted; emphasis added); *accord Omni Capital Int'l v. Rudolf Wolff, & Co.*, 484 U.S. 97, 103 (1987) ("Before a federal court may exercise personal jurisdiction over a defendant, the procedural requirement of service of summons must be satisfied.").  A plaintiff who fails to serve a summons has not properly effectuated service.  *Id.* at 61 (citation omitted).

While I said I was willing to accept service for the defendants, I never actually did accept service, for the simple reason that you never sent me a summons. (As you know, there's also no filed summons on the docket.) I assumed you were going to send me a waiver of service form under Rule 4(d). But you haven't done that either yet.

As to the deadline for the defendants' answer or motion to dismiss, under Rule 12(a)(1)(A)(i), a defendant must serve an answer within 21 days "after being served with the summons *and* complaint" (emphasis added) and under Rule 12(a)(1)(A)(ii), a defendant that has waived service must serve an answer "within 60 days after the request for a waiver was sent" if the defendant is in the United States. Neither of those triggering events has happened, so the clock hasn't yet started ticking on our deadline.

I'm happy to go either route: accepting a summons from you, or receiving from you and then filling out and returning a waiver of service form. The Federal Rules indicate a preference for waiver of service, *see* Rule 4(d), and I'd like to go with the preference set out in the Federal Rules. In any event, take your pick on effectuating service and let's get moving on to the merits.

I'm happy to discuss by phone if it'd be helpful.

**Jonathan M. Freiman**
Direct: 203.498.4584
www.wiggin.com



CONNECTICUT | NEW YORK | PHILADELPHIA | WASHINGTON, DC | PALM BEACH

---

**From:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Sent:** Tuesday, December 7, 2021 2:32 PM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>; Tuchmann, Paul <PTuchmann@wiggin.com>
**Cc:** amy.khan@balestrierefariello.com; mandeep.minhas@balestrierefariello.com; john.balestriere@balestrierefariello.com
**Subject:** Doe, et al. v. Yale, et al.

Jonathan and Paul:

I believe that your answer, or in the alternative motion to dismiss, was due yesterday. When should we expect to receive your response to our complaint?

Thanks,
Matt

--
Matthew W. Schmidt
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.

---

**From:** Freiman, Jonathan <JFreiman@wiggin.com>
**Sent:** Friday, December 3, 2021 12:33 PM
**To:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Cc:** Amy Khan <amy.khan@balestrierefariello.com>; Tuchmann, Paul <PTuchmann@wiggin.com>; Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>; John G. Balestriere <john.balestriere@balestrierefariello.com>
**Subject:** RE: Doe, et al. v. Yale, et al - Monday at 2:15pm?

John and Matt,

Paul and I are available for a call on Monday at 2:15. We look forward to the invitation, and to talking.

Best wishes,
Jonathan

---

**From:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>
**Sent:** Friday, December 3, 2021 1:39 PM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>
**Cc:** amy.khan@balestrierefariello.com; Tuchmann, Paul <PTuchmann@wiggin.com>; mandeep.minhas@balestrierefariello.com; john.balestriere@balestrierefariello.com
**Subject:** RE: Doe, et al. v. Yale, et al - Monday at 2:15pm?

Jonathan:

Thank you and I am free at that time Monday, so just let us know.

Best,
Matt

--
Matthew W. Schmidt
Partner

```
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007
T: +1-212-374-5421
T: +1-415-966-2656
F: +1-212-208-2613
matthew.schmidt@balestrierefariello.com
Bio: http://mws.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or
confidential information intended for the use of the named recipient only. You are hereby
notified that any dissemination, distribution, or copying of this communication is
prohibited. If you have received this communication in error, please immediately notify
the sender by replying to this e-mail or by calling us at 212-374-5400 and please
immediately delete this communication. Thank you.
```

**From:** Freiman, Jonathan <JFreiman@wiggin.com>
**Sent:** Friday, December 3, 2021 10:12 AM
**To:** John G. Balestriere <john.balestriere@balestrierefariello.com>
**Cc:** Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>; Amy Khan <amy.khan@balestrierefariello.com>; Tuchmann, Paul <PTuchmann@wiggin.com>; Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>
**Subject:** RE: Doe, et al. v. Yale, et al - Monday at 2:15pm?

John,

Thanks. I need to check on a couple of things to see if I can make that time work. I'll get back to you this afternoon. If we hear from Matt in the meantime either way, all the better, though I understand he's tied up.

Best,
Jonathan

**From:** John G. Balestriere <john.balestriere@balestrierefariello.com>
**Sent:** Friday, December 3, 2021 11:18 AM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>
**Cc:** matthew.schmidt@balestrierefariello.com; amy.khan@balestrierefariello.com; Tuchmann, Paul <PTuchmann@wiggin.com>; mandeep.minhas@balestrierefariello.com
**Subject:** Doe, et al. v. Yale, et al - Monday at 2:15pm?

Jonathan:

Let me know if 2:15pm works.  This is subject to confirmation by my partner Matt who's in a dep today, but if that works for him and you we can circulate a call in.

Thanks,
John

--
John G. Balestriere
Partner
BALESTRIERE FARIELLO
225 Broadway, 29th Floor
New York, New York 10007

T: +1-212-374-5401
F: +1-212-208-2613
john.balestriere@balestrierefariello.com
Bio: http://jgb.balestrierefariello.com
www.BalestriereFariello.com

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only.  You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited.  If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication.  Thank you.

**From:** Freiman, Jonathan <JFreiman@wiggin.com>
**Sent:** Friday, December 3, 2021 9:25 AM
**To:** Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>
**Cc:** John G. Balestriere <john.balestriere@balestrierefariello.com>; Matthew W. Schmidt <matthew.schmidt@balestrierefariello.com>; Amy Khan <amy.khan@balestrierefariello.com>; Tuchmann, Paul <PTuchmann@wiggin.com>
**Subject:** RE: Doe, et al. v. Yale, et al., No. 3:21-cv-01525

John,

Thanks for your note. I can't talk today but I'm flexible Monday afternoon if you want to propose a time.

I've taken Alex Dreier off the email chain. My partner Paul (cc'd) and I are outside counsel for all four defendants on this matter. Please communicate with us and only us going forward.

Jonathan

**From:** Mandeep S Minhas <mandeep.minhas@balestrierefariello.com>
**Sent:** Thursday, December 2, 2021 7:51 PM
**To:** Freiman, Jonathan <JFreiman@wiggin.com>; alexander.dreier@yale.edu
**Cc:** john.balestriere@balestrierefariello.com; matthew.schmidt@balestrierefariello.com; amy.khan@balestrierefariello.com
**Subject:** Doe, et al. v. Yale, et al., No. 3:21-cv-01525

**WARNING! External email. Do not click/open unexpected links/attachments.**

All:

Please see the attached letter from John G. Balestriere and the proposed amended complaint.

Thanks,
Mandeep


Mandeep S. Minhas
Attorney
BALESTRIERE FARIELLO

225 Broadway, 29th Floor
New York, New York 10007
T: +1-646-434-1169
F: +1-212-208-2613
mandeep.minhas@balestrierefariello.com<mailto:mandeep.minhas@balestrierefariello.com>
Bio: https://msm.balestrierefariello.com<https://msm.balestrierefariello.com/>
www.BalestriereFariello.com<http://www.balestrierefariello.com/>

The information contained in this e-mail message is attorney-client privileged and/or confidential information intended for the use of the named recipient only. You are hereby notified that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please immediately notify the sender by replying to this e-mail or by calling us at 212-374-5400 and please immediately delete this communication. Thank you.

---

This electronic mail (including any attachments) may contain information that is privileged, confidential, and/or otherwise protected under applicable law from disclosure to anyone other than its intended recipient(s). Any dissemination or use of this electronic mail or its contents (including any attachments) by persons other than the intended recipient(s) is strictly prohibited. If you have received this message in error, please notify the sender or **Wiggin and Dana LLP** at **203-498-4400** immediately and then delete the original message (including any attachments) in its entirety. We take steps to protect against viruses and other malicious code but advise you to carry out your own checks and precautions as we accept no liability for any which remain. We may monitor electronic mail sent to and from our server(s) to ensure regulatory compliance to protect our clients and business.

Disclosure under U.S. IRS Circular 230: **Wiggin and Dana LLP** informs you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of avoiding federal tax related penalties or promoting, marketing or recommending to another party any transaction or matter addressed herein.

---