UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANE DOE AND JOHN DOE,<br><br>                          Plaintiffs,<br>v.<br><br>HEATHER GERKEN, ET AL.,<br><br>                          Defendants. | CASE NO: 3:21-CV-01525-SALM<br><br>January 18, 2022 |

**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendants Heather Gerken, Ellen Cosgrove, Yaseen Eldik and Yale University (hereinafter "Defendants") hereby respectfully move pursuant to D. Conn. L. Civ. R. 7(b) for an extension of fourteen (14) days to answer or otherwise respond to Plaintiffs' Amended Complaint, which was filed on Friday, January 14, 2022. The extension, if granted, would move the due date from January 31, 2022 to February 14, 2022.

1. The Court issued an electronic summons in this case on December 9, 2021 (Dkt. #19).

2. Pursuant to the summons and Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants' responsive pleading to the original complaint was initially due on December 30, 2021.

3. On December 21, 2021, Defendants filed a motion to extend the deadline to file their responsive pleading to the original complaint to January 31, 2022 (Dkt. # 21), which this Court granted on December 22, 2021 (Dkt. #23).

4. On January 14, 2022, Plaintiffs filed an Amended Complaint (Dkt. #26).

5. This is Defendants' first request for an extension of time to respond to the Amended Complaint (Dkt. #26).

6. Defendants do not seek this extension for delay or any improper purpose.

7. Defendants require additional time to investigate the allegations added to the Amended Complaint and to prepare a responsive pleading.

8. Plaintiffs' counsel consent to this motion.

WHEREFORE, Defendants respectfully request an extension of time to February 14, 2022 to answer or otherwise respond to plaintiffs' Amended Complaint.

Respectfully submitted,

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Paul A. Tuchmann (ct8128)
WIGGIN AND DANA LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
ptuchmann@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

*Counsel for Defendants*

490\301\4874-2199-5786.v1