UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIERRA STUBBS and GAVIN JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 3:21-cv-01525 |

## DECLARATION OF JONATHAN M. FREIMAN

I, Jonathan M. Freiman, declare under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of Wiggin and Dana LLP, attorney for the Defendants.

2. I am admitted to practice in this court.

3. I submit this declaration in support of Defendants' Memorandum of Law in Support of their Motion to Dismiss.

4. The facts set forth herein are based upon my personal knowledge and my review of documents that were obtained in the course of this litigation.

5. Attached to this Declaration is a true and correct copy of the following document:

- **Exhibit 1-A** – 9000 Yale University Policy Against Discrimination and Harassment/ It's Your Yale.

Dated: February 14, 2022

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman

490\301\4878-9179-6495.v1