John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **SIERRA STUBBS** and **GAVIN JACKSON**, <br><br> Plaintiffs, <br><br> – against – <br><br> **HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK,** and **YALE UNIVERSITY** <br><br> Defendants. | Case No. 3:21-cv-01525 <br><br> **PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' MOTION TO DISMISS** |

Plaintiffs Sierra Stubbs ("Stubbs") and Gavin Jackson ("Jackson") hereby respectfully move pursuant to D. Conn. L. Civ. R. 7(b) for an extension of ten days to oppose the Motion to Dismiss the Second Amended Complaint (Dkt. No. 36, the "Motion") filed by Defendants Heather Gerken ("Gerken"), Ellen Cosgrove ("Cosgrove"), Yaseen Eldik ("Eldik"), and Yale University ("Yale"). The extension, if granted, would move Plaintiffs' due date from March 7, 2022, to March 17, 2022.

1. This is Plaintiffs' first request for an extension of time to oppose Defendants' Motion.

2. Plaintiffs do not seek this extension for delay or for any improper purpose.

3. Plaintiffs' counsel requires additional time to oppose Defendants' Motion to meet pre-existing court obligations, which includes an appellate brief in the Second Circuit due on March 2, 2022, and to prepare for a three-week trial that begins on March 21, 2022, in the United States District Court for the Eastern District of New York.

4. Defendants' counsel has consented to Plaintiffs' request for an extension of time.

WHEREFORE, Plaintiffs respectfully request an extension of time to March 17, 2022, to oppose Defendants' Motion.

Dated: New Haven, Connecticut
February 18, 2022

By: <u>/s/ *Andrew B. Bowman*</u>
Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*