UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIERRA STUBBS and GAVIN JACKSON,<br><br>Plaintiffs,<br>v.<br><br>HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 3:21-cv-01525 |

**UNOPPOSED MOTION TO AMEND THE CAPTION AND THE COURT'S RECORDS**

Defendants hereby move this Court to amend the caption and this Court's records to reflect the caption listed in Plaintiffs' Second Amended Complaint, ECF No. 30. Plaintiffs consent to this motion. On November 15, 2021, Plaintiffs filed this action pseudonymously, along with a motion to litigate as such. Compl., ECF No. 1; Mot. Protective Order, ECF No. 2. On January 18, 2022, this Court denied that motion and in so doing ordered Plaintiffs to "file a second amended complaint reflecting their given names." Ruling on Mot. Protective Order 10, ECF No. 29. Plaintiffs did so the next day. Second Am. Compl. Based on the foregoing, Defendants now ask this Court to amend its records in this matter—including, but not limited to, the caption—to reflect Plaintiffs' given names.

**DEFENDANT YALE UNIVERSITY**

*/s/ Jonathan Freiman*
Jonathan M. Freiman (ct24248)
Paul A. Tuchmann (ct8018)
Wiggin and Dana LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
ptuchmann@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889

490\301\4863-6480-8218.v1