## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIERRA STUBBS and GAVIN JACKSON,<br><br>Plaintiffs,<br><br>v.<br><br>HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 3:21-cv-01525 |

## **DECLARATION OF JONATHAN M. FREIMAN**

I, Jonathan M. Freiman, declare under penalty of perjury that the following is true and correct:

1. I am a partner with the law firm of Wiggin and Dana LLP, attorney for the Defendants.

2. I am admitted to practice in this court.

3. I submit this declaration in support of Defendants' Reply Memorandum of Law in Further Support of their Motion to Dismiss.

4. The facts set forth herein are based upon my personal knowledge and my review of documents that were obtained in the course of this litigation.

5. Attached to this Declaration are true and correct copies of the following documents:

- **Exhibit 1** – UWC Sexual Misconduct Procedures
- **Exhibit 2** – Preventing and Responding to Sexual Misconduct
- **Exhibit 3** – Policies & Definitions | Resources for Students to Address Discrimination and Harassment Concerns (archive.org)
- **Exhibit 4** – Promoting Diversity & Equal Opportunity at Yale, 2019-2020

Dated:  March 31, 2022

*/s/ Jonathan M. Freiman*
Jonathan M. Freiman

490\301\4873-2447-0810.v1