# EXHIBIT 3

The Wayback Machine - https://web.archive.org/web/20210414212048/https://student-dhr.yale.edu/policies...

Yale University

# Resources for Students to Address Discrimination and Harassment Concerns

HOME  >  POLICIES & DEFINITIONS

## Policies & Definitions

The university has policies that support equal opportunity and community standards that enhance your experience at Yale, as well as definitions of discrimination and harassment to help define unacceptable conduct. If you have any questions about Yale policies, staff in the Office of Institutional Equity and Access (https://web.archive.org/web/20210414212048/https://equalopportunity.yale.edu/) are available to help you.

Yale University's Equal Opportunity Statement

Definition of Discrimination

Definition of Harassment

Yale University's Sexual Misconduct Policies and Related Definitions

### Need help now?

**Yale Police**
203-432-4400 (tel:12034324400) or 911 (tel:911) (emergencies)

**SHARE Center Hotline (24/7)**
203-432-2000 (tel:12034322000)

**Mental Health & Counseling**
(M-F, 8:30 a.m. to 5:00 p.m.)
203-432-0290 (tel:12034320290)

**On-call Mental Health Clinician**
(after office hours, on weekends, or on holidays)
Yale Health Acute Care
203-432-0123 (tel:12034320123)

## Give Feedback About This Site

Please provide your feedback and any suggestions regarding this site [here](https://web.archive.org/web/20210414212048/http://student-dhr.yale.edu/give-feedback-about-site) (https://web.archive.org/web/20210414212048/http://student-dhr.yale.edu/give-feedback-about-site).

# Yale

.

Copyright © 2021 Yale University · All rights reserved