UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIERRA STUBBS and GAVIN JACKSON, <br><br> Plaintiffs, <br> v. <br><br> HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK, and YALE UNIVERSITY, <br><br> Defendants. | Case No. 3:21-cv-01525 <br><br> April 22, 2022 <br><br> JOINT STATUS REPORT OF COUNSEL |

Pursuant to the Scheduling Order and Case Management Plan (the "Scheduling Order"), ECF No. 32, Plaintiffs and Defendants (the "Parties") submit this Joint Status Report of Counsel.

## I. Discovery Summary

1. On January 21, 2022, the Court issued the Scheduling Order, which set out the discovery schedule for this action.

2. On January 26, 2022, Defendants filed a corrected motion to stay discovery, ECF No. 34, in light of their then-anticipated motion to dismiss Plaintiffs' Second Amended Complaint.

3. The next day, January 27, 2022, the Court denied the motion as premature without prejudice to refiling, explaining "[t]he Court is unable to evaluate the merits of the motion to stay without the benefit of the motion to dismiss and any responses thereto." Order Mot. Stay, ECF No. 35.

4. On February 14, 2022, the parties exchanged affirmative disclosures under Federal Rule of Civil Procedure 26(a) in accordance with the Scheduling Order and the Court's January 27, 2022 Order.

5.      Also on February 14, 2022, Defendants filed their motion to dismiss, ECF No. 36. Plaintiffs filed their opposition on March 17, 2022, ECF No. 40, and Defendants filed their corrected reply on March 31, 2022, ECF No. 44.  That motion is now fully briefed and pending.

6.      On April 1, 2022, the day after filing the reply brief, Defendants filed their renewed motion to stay discovery pending the resolution of their motion dismiss, ECF No. 45, in accordance with the Court's January 27, 2022 Order.  Under Local Rule 7, any response by Plaintiffs is due on April 22, 2022, with any reply brief by Defendants due fourteen days later, i.e., May 6 if the opposition is filed on the last possible day.

7.      On April 11, 2022, Defendants filed an emergency motion to extend the deadlines for the service and completion of written discovery requests set forth in the Scheduling Order pursuant to Local Rule 7(b), ECF No. 46.  The Court ordered Plaintiffs to file any response thereto by April 14, 2022, ECF No. 47, and Plaintiffs opposed Defendants' motion on that date, ECF No. 49.

8.      On April 15, 2022, the Court granted Defendants' extension motion in part, ruling "[a]ny . . . written [discovery] requests shall be served within five (5) business days of the Court's ruling on the motion to stay.  All written fact discovery shall be completed within 60 days thereafter."  Order Mot. Extension, ECF No. 50.

9.      To date, no discovery requests have been propounded by Plaintiffs or Defendants.

## II.     Remaining Discovery Deadlines

The remaining discovery deadlines in this case, as set forth in the Scheduling Order and the Court's April 15, 2022 order on Defendants' extension motion, are listed below.  The Parties do not currently contemplate any extensions of these deadlines.  However, Defendants reserve their right to seek extensions of specific deadlines for good cause depending on the Court's

resolution of the pending motion to stay discovery and the pending motion to dismiss. *See* Scheduling Order at 5. Plaintiffs intend to oppose Defendants' renewed motion to stay discovery and preserve the Court's Scheduling Order.

| Discovery Event | Discovery Deadline |
|---|---|
| Service of written discovery requests | Within 5 days of the Court's ruling on the motion to stay |
| Completion of written discovery | Within 60 days of service of written discovery requests |
| Joint status report of counsel | July 22, 2022 |
| Completion of fact witness depositions | September 14, 2022 |
| Close of fact discovery | September 14, 2022 |
| Designation of trial experts and service to opposing counsel of reports from retained experts on any issues on which they bear the burden of proof | October 12, 2022 |
| Joint status report of counsel | October 21, 2022 |
| Designation of trial experts and service to opposing counsel of reports from retained experts on any issues on which they do not bear the burden of proof | November 10, 2022 |
| Plaintiffs serve Defendants' counsel with any rebuttal expert reports | November 30, 2022 |
| Completion of depositions of retained experts on any issues on which the Parties bear the burden of proof | December 23, 2022 |
| Completion of depositions of retained experts on any issues on which the Parties do not bear the burden of proof | January 23, 2023 |
| Joint status report of counsel | January 23, 2023 |
| Filing of motions related to preclusion of an expert | February 6, 2023 |
| Filing of motions for summary judgment or judgment on the pleadings | March 9, 2023 |
| Filing of joint trial memorandum | April 3, 2023 |

### III.    Amendments to Pleadings or Parties

Plaintiffs do not currently intend to amend their pleadings or add additional parties but reserve their rights to amend, pending discovery of additional information or other appropriate

circumstances. Defendants would likely oppose any motion for leave to amend the pleadings or add additional parties.

### IV.     Dispositive Motions

Defendants expect to file a motion for summary judgment on any of Plaintiffs' claims that survive the pending motion to dismiss.  Given the pendency of Defendants' motion to dismiss and that fact discovery has not yet begun, Defendants are unable to affirmatively state whether they expect to file any other dispositive motions.  Defendants will continue to evaluate the need for additional dispositive motions as this case progresses. Plaintiffs anticipate opposing Defendants' dispositive motions and expect to file their own motion for summary judgment on Defendants' affirmative defenses and potentially other issues.

### V.      Consent to Magistrate Judge for all Purposes

The Parties do not consent to the jurisdiction of a Magistrate Judge for all purposes, including trial.

### VI.     Settlement Conference Referral

Counsel for the Parties have conferred with each other and their clients on the question of whether to seek referral for a settlement conference.  The Parties do not seek referral for a settlement conference at this time.

By: */s/ Andrew B. Bowman*
Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone: (202) 259-0599
andrew@andrewbowmanlaw.com

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*


By:  */s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Paul A. Tuchmann (ct8018)
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
ptuchmann@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889
*Attorneys for Defendants*

5