UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SIERRA STUBBS and GAVIN JACKSON,<br><br>Plaintiffs,<br>v.<br><br>HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK, and YALE UNIVERSITY,<br><br>Defendants. | Case No. 3:21-cv-01525<br><br>July 20, 2022<br><br>JOINT STATUS REPORT OF COUNSEL |

Pursuant to the Scheduling Order and Case Management Plan (the "Scheduling Order"), ECF No. 32, Plaintiffs and Defendants (the "Parties") submit this Joint Status Report of Counsel.

## I. Discovery Summary

1. On January 21, 2022, the Court issued the Scheduling Order, which set out the discovery schedule for this action.

2. On February 14, 2022, the Parties exchanged initial disclosures under Fed. R. Civ. Pro. 26(a).

3. On March 2, 2022, Defendants served a supplemental disclosure under Fed. R. Civ. Pro. 26(e).

4. On March 31, 2022, the Parties completed briefing of Defendants' Motion to Dismiss the Second Amended Complaint. ECF Nos. 36, 40, and 44.

5. On April 1, 2022, Defendants filed a renewed Motion to Stay Discovery Pending Resolution of Motion to Discovery. ECF No. 45.

6. On May 12, 2022, the Court granted Defendants' Motion to Stay Discovery Pending Resolution of Motion to Dismiss. ECF No. 55.

      7.      To date, no discovery requests have been propounded by Plaintiffs or Defendants.

## II.  Remaining Discovery Deadlines

The Court has stayed discovery pending a decision on Defendants' Motion to Dismiss. ECF No. 55.

## III.  Amendments to Pleadings or Parties

Plaintiffs do not currently intend to amend their pleadings or add additional parties but reserve their rights to amend, pending discovery of additional information or other appropriate circumstances. Defendants would likely oppose any motion for leave to amend the pleadings or add additional parties.

## IV.  Dispositive Motions

Plaintiffs anticipate opposing Defendants' dispositive motions and expect to file their own motion for summary judgment on Defendants' affirmative defenses and potentially other issues.

## V.  Consent to Magistrate Judge for all Purposes

The Parties do not consent to the jurisdiction of a Magistrate Judge for all purposes, including trial.

## VI.  Settlement Conference Referral

Counsel for the Parties have conferred with each other and their clients on the question of whether to seek referral for a settlement conference. The Parties do not seek referral for a settlement conference at this time.

Date: July 20, 2022

By: */s/ Andrew B. Bowman*
Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone: (202) 259-0599
andrew@andrewbowmanlaw.com

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile: (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

By: */s/ Jonathan M. Freiman*
Jonathan M. Freiman (ct24248)
Paul A. Tuchmann (ct8018)
**WIGGIN AND DANA LLP**
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
ptuchmann@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889
*Attorneys for Defendants*