UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Stubbs, et al.,
    *Plaintiffs*,

    v.                          Civil No. 3:21cv1525(JBA)

Gerken, et al.,
    *Defendants.*

## SCHEDULING ORDER

The parties' 26(f) Planning Report is approved as follows **and as amended**:

1. All discovery will be completed by 10/1/23 as follows:
   Plaintiffs expert reports will be disclosed by 7/1/23 and depositions will be completed by 8/1/23.
   Defendants expert reports will be disclosed by 9/1/23 and depositions will be completed by 10/1/23.

   A damages analysis will be provided by any party who has a claim or counterclaim for damages by 2/28/23.

2. After a pre-filing conference, any dispositive motions will be filed by 11/1/23.

   Trial Readiness: If dispositive motions are filed, the parties will be expected to be trial ready 5/1/24. The parties' Joint Trial Memorandum will be filed 30 days after ruling on dispositive motions or as otherwise ordered.

   If no dispositive motions are filed, the parties' Joint Trial Memorandum will be due 10/15/23 and the parties will be expected to be trial ready 11/1/23.

3. A telephonic status conference will be held on 8/31/23 at 4:00 p.m. as follows: 1- 877-402-9753; Access Code: 3535720. The parties' status reports will be file 8/24/23.

                        IT IS SO ORDERED.
                        /s/
                        Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut:    December 16, 2022