John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:    (212) 374-5401
Facsimile:     (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorney for Plaintiffs*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **SIERRA STUBBS** and **GAVIN JACKSON,**<br><br>                    Plaintiffs,<br><br>– against –<br><br>**HEATHER GERKEN, ELLEN COSGROVE, YASEEN ELDIK,** and **YALE UNIVERSITY**<br><br>                    Defendants. | Case No. 3:21-cv-01525<br><br>**PLAINTIFFS' CONSENT MOTION FOR EXTENSION OF ALL DISCOVERY DEADLINES** |

Plaintiffs Sierra Stubbs ("Stubbs") and Gavin Jackson ("Jackson") hereby respectfully move pursuant to D. Conn. L. Civ. R. 7(b) for an extension of four weeks for all discovery deadlines.

1. The Parties are actively discussing the possibility of an amicable resolution to this dispute, and in order to do so efficiently, the Plaintiffs seek an extension of all discovery deadlines.

2. This is the Plaintiffs' first request for an extension of time for all discovery.

3. The extension, if granted, would extend the following discovery dates:

- Deadline to complete All Discovery from October 1, 2023, to October 29, 2023.
- Plaintiff's Expert Report due date from July 1, 2023, to July 29, 2023.
- Plaintiffs' Deadline to complete Depositions from August 1, 2023, to August 29, 2023.
- Defendants Expert Report due date from September 9, 2023, to October 7, 2023
- Defendants' Deadline to complete Depositions from October 1, 2023, to October 29, 2023.

4. The Plaintiffs do not seek this extension for delay or for any improper purpose.

5. An extension of all discovery deadlines in accordance with the proposed schedule would promote efficiency and increase the chances that the Parties will be able to amicably resolve the dispute.

6. Defendants' counsel has consented to Plaintiffs' request for an extension of time.

WHEREFORE, the Parties respectfully request an extension of all discovery to October 29, 2023.

Dated: New York, New York
June 30, 2023

By: _____
John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone: (212) 374-5401
Facsimile:  (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*


Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone: (202) 259-0599
andrew@andrewbowmanlaw.com