
John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*

Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com
*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SIERRA STUBBS** and **GAVIN JACKSON**, <br><br> Plaintiffs, <br><br> – against – <br><br> **YALE UNIVERSITY,** <br><br> Defendant. | Case No. 3:21-cv-01525 <br><br> JOINT STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41 |

      **IT IS HEREBY STIPULATED AND AGREED**, that Plaintiffs Sierra Stubbs ("Stubbs") and Gavin Jackson ("Jackson") by their attorneys, Balestriere Fariello, and Defendant Yale University ("Yale") by its attorneys, Wiggin and Dana LLP, hereby

stipulate that Plaintiffs, hereby dismiss, with prejudice, all counts in the above-referenced action in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii). The dismissal shall be effective upon filing of this joint stipulation.

|  |  |
|---|---|
| Respectfully submitted, | Dated: New York, New York<br>September 7, 2023 |

By: _/s/ Jonathan M. Freiman_
Jonathan M. Freiman (ct24248)
Paul A. Tuchmann (ct8018)
Wiggin and Dana LLP
One Century Tower
265 Church Street
PO Box 1832
New Haven, CT 06508-1832
jfreiman@wiggin.com
ptuchmann@wiggin.com
Tel.: (203) 498-4400
Fax: (203) 782-2889
*Counsel for Defendant*

By: _____
Andrew B. Bowman
**LAW OFFICES OF ANDREW B. BOWMAN**
1804 Post Road East
Westport, Connecticut 06880
Telephone:   (202) 259-0599
andrew@andrewbowmanlaw.com

John G. Balestriere
Matthew W. Schmidt
**BALESTRIERE FARIELLO**
225 Broadway, 29th Floor
New York, New York 10007
Telephone:   (212) 374-5401
Facsimile:    (212) 208-2613
john.balestriere@balestrierefariello.com
matthew.schmidt@balestrierefariello.com
*Attorneys for Plaintiffs*